UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Wanda Quinones

v   CIVIL CASE: 97-2472 (JAF)

Municipality of Peñuelas, et al.

## DESCRIPTION OF MOTION

| DATE FILED: 2/7/01 | DOCKET #: 37 | TITLE: MOTION by Wanda P. Quinones-Lopez [for Leave to File sur-reply to motion to dismiss] |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

*Granted.*

_2/9/2001_
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE