# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



WANDA QUIÑONES

    VS.                              CIVIL NO. 97-2472 (JAF)

MUNICIPALITY OF PEÑUELAS,
ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED:       DOCKET:        TITLE:

[] Plffs.         [] Defts.

---

### O-R-D-E-R

A hearing on all pending matters shall be held on April 17/01, 1:30 P.M. The Mayor of Peñuelas and the President of the Municipal Assembly will be served by the U.S. Marshal and will appear before the court.

3/30/01
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

40