UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Wanda Quinones

v                                                CIVIL CASE:  97-2472 (JAF)

Municipality of Penuelas, et al.

## DESCRIPTION OF MOTION

| DATE FILED: 1/11/01 | DOCKET #: 34 | TITLE: MOTION by defendants |for leave to file opposition to motion to dismiss| |
|---|---|---|
| BY: Defendants | | |

### O-R-D-E-R

Parties agree to pay the judgment of 12,000 not later than 7/31/01 as explained in detail in the stenographic record made at today's hearing. The mayor of Penuelas and the President of the municipal assembly appeared and agreed.

_____
4/17/01
DATE

_____
JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE

