UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Wanda Quiñones

v.

Walter Torres Maldonado, et al.

CIVIL CASE: 97-2472 (JAF)

RECEIVED & FILED
01 AUG 16 AM 10:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| Date: 8/8/01 | Docket#: 46 | MOTION by Wanda P. Quinones-Lopez |for Disbursement of Funds| |
| By: Plaintiff | | |

### O-R-D-E-R

☑ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

The funds deposited, plus int. less reg. fees, will be disbursed to plaintiff.

8/15/2001
Date

Jose A. Fuste
United States District Judge

Finance
8/16/01

47